UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor H. Clarke,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, LLC; QUALITY LOAN SERVICE CORPORATION; AND DOES 1 THRU 10, inclusive,<br><br>    Defendants. | CASE NO.: 5:17-cv-01720-RGK-SP<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. R. Gary Klausner*] |

On October 10, 2017, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "Wells Fargo Home Mortgage, LLC" ("Wells Fargo") dismissing the Complaint in its entirety, without leave to amend.

/ / /

/ / /

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed as to Wells Fargo, and as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo; and

3. Plaintiff, Victor H. Clarke will recover nothing in this action from defendant Wells Fargo.

DATED: October 30, 2017

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

| **Served By Means Other Than the Court's CM/ECF System:** | **Served Electronically Via the Court's CM/ECF System:** |
|---|---|
| | *Attorneys for Defendant Quality Loan Service Corporation:* |
| *Plaintiff Pro Se:* | Julie O. Molteni, Esq.<br>QUALITY LOAN SERVICE CORPORATION<br>411 Ivy Street<br>San Diego, CA 92101<br>Tel.: 619.645.7711 | Fax: 619.568.3518 |
| Victor H. Clarke<br>45675 Sugarloaf Mountain Trail<br>Indian Wells, CA 92210 | Email: dgoulding@qualityloan.com<br>jmolteni@qualityloan.com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 27, 2017.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |